**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of May, two thousand twenty-two,

Before:       Pierre N. Leval,
              Robert D. Sack,
              Michael H. Park,
                    *Circuit Judges*.

_____

Gigi Jordan,

          Petitioner - Appellee,          **JUDGMENT**

v.                                 Docket No. 20-3317

Amy Lamanna, in her official capacity as Superintendent of the Bedford Hills Correctional Facility,

          Respondent - Appellant.

_____

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is REVERSED, and the cause is REMANDED with instructions for the district court to deny the petition for a writ of habeas corpus.

          For the Court:
          Catherine O'Hagan Wolfe,
          Clerk of Court

