# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of December, two thousand twenty-two.

Before:        Pierre N. Leval,
               Robert D. Sack,
               Michael H. Park,
                    *Circuit Judges.*

_____

Gigi Jordan,

        Petitioner - Appellee,

v.

Amy Lamanna, in her official capacity as
Superintendent of the Bedford Hills
Correctional Facility,

        Respondent - Appellant.

_____

**ORDER**

Docket No. 20-3317

Appellant moves to recall the Court's mandate, for an independent order vacating the district court's orders granting bail to the Appellee, and for authorization for the State of New York to take custody of the Appellee.

IT IS HEREBY ORDERED that the motions are GRANTED. The mandate is recalled for the limited purpose of deciding these motions. Appellee is directed to surrender to the State of New York forthwith.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

